DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

DANIEL THOMAS DELONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2490

—————————————————

January 14, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Padar, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.